# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

131744

SCOTT BEVIS,
        Plaintiff-Appellee,

v

RICHARD S. BARTHOLOMEW, D.O.,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131744
COA: 266266
Oakland CC: 2004-056039-NH

On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

s0530